Richard I. Arshonsky, Esq. [SBN 155624]
rarshonsky@lakklawyers.com
**LEVINSON ARSHONSKY KURTZ & KOMSKY, LLP**
15303 Ventura Blvd., Suite 1650
Sherman Oaks, CA 91403
Telephone: (818) 382-3434
Facsimile: (818) 382-3433

- and –

Jeffrey Chubak (pro hac vice to be submitted)
jchubak@aminillc.com
AMINI LLC
131 West 35th Street
12th Floor
New York, NY 10001
Tel: (212) 490-4700
Fax: (212) 497-8222

Attorneys for Petitioners

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 507 SUMMIT LLC and KOA CAPITAL L.P., <br><br> Petitioners, <br><br> For an Order Pursuant to 28 U.S.C. § 1782 to Obtain Discovery from ROTH CAPITAL PARTNERS, LLC for use in a Foreign Proceeding. | CASE NO. 8:23-mc-00018 <br><br> Assigned to Hon. <br><br> **APPLICATION FOR ORDER OF JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782** |

  Petitioners 507 Summit LLC and KOA Capital L.P. request an order, substantially in the form attached hereto, permitting them to take discovery of Respondent Roth Capital Partners, LLC, pursuant to 28 U.S.C. § 1782, for use in an appraisal proceeding brought under Section 238 of the Cayman Islands Companies Act and pending in the Grand Court of the Cayman Islands, to determine the fair value of Petitioners' Class A ordinary shares in China Index Holdings Limited. In support,

1

APPLICATION FOR ORDER OF JUDICIAL ASSISTANCE

CASE NO.

3576-001/1540335.docx

Petitioners submit the accompanying memorandum of points and authorities and declarations of Richard I. Arshonsky and Rocco Cecere.

Dated: November 2, 2023

LEVINSON ARSHONSKY KURTZ & KOMSKY, LLP

By: */s/ Richard I. Arshonsky*
    Richard I. Arshonsky

AMINI LLC
Jeffrey Chubak *(pro hac vice to be submitted)*
131 West 35th Street, 12th Floor
New York, NY 1001
Tel: (212) 490-4700
Fax: (212) 497-8222
jchubak@aminillc.com
Attorneys for Petitioners

2

APPLICATION FOR ORDER OF JUDICIAL ASSISTANCE

CASE NO.

3576-001/1540335.docx