Richard I. Arshonsky
Levinson Arshonsky Kurtz and Komsky LLP
15303 Ventura Boulevard
Suite 1650
Sherman Oaks, CA 91403
(818) 382-3434
rarshonsky@lakklawyers.com

Jeffrey Chubak (admitted pro hac vice)
Amini LLC
131 West 35th Street
12th Floor
New York, NY 10001
(212) 490-4700
jchubak@aminillc.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| 507 SUMMIT LLC and KOA CAPITAL L.P., Petitioners, For an Order pursuant to 28 U.S.C. § 1782 to obtain discovery from ROTH CAPITAL PARTNERS, LLC for use in a foreign proceeding. | Case No. 8:23-mc-00018-CJC-DFM  **PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE** |
|---|---|

I, the undersigned, certify and declare that I am over the age of 18 years and not a party to the above-entitled cause. On November 9, 2023, I served a true copy of the Application for Order of Judicial Assistance Pursuant to 28 U.S.C. § 1782 (ECF Doc. #1), Memorandum of Points and Authorities (ECF Doc. #1-1), Declaration of Rocco Cecere, together with the exhibits annexed thereto (ECF Doc. #1-2), Declaration of Richard I. Arshonsky, together with the exhibits annexed thereto (ECF Doc. #1-3), Proposed Order (ECF Doc. #1-4) and Summons (ECF Doc. #12), by emailing said documents to Richard Platt rplatt@roth.com, the General Counsel of respondent Roth Capital Partners, LLC, as permitted by California Code of Civil Procedure § 1010.6(c), made applicable by FRCivP4(e)(1), made applicable by FRCivP (h)(1)(A), with his express consent.

I hereby certify that the foregoing is true and correct.

_____
Jeffrey Chubak (admitted pro hac vice)

## ACKNOWLEDGMENT OF SERVICE

I, Richard Platt, received a true copy of the Application for Order of Judicial Assistance Pursuant to 28 U.S.C. § 1782 (ECF Doc. #1), Memorandum of Points and Authorities (ECF Doc. #1-1), Declaration of Rocco Cecere, together with the exhibits annexed thereto (ECF Doc. #1-2), Declaration of Richard I. Arshonsky, together with the exhibits annexed thereto (ECF Doc. #1-3), Proposed Order (ECF Doc. #1-4) and Summons (ECF Doc. #12) filed in the above-entitled cause by email from Jeffrey Chubak of Amini LLC on November 9, 2023.

_____
Richard Platt
General Counsel of Roth Capital Partners LLC