Richard I. Arshonsky, Esq. [SBN 155624]
rarshonsky@lakklawyers.com
**LEVINSON ARSHONSKY KURTZ & KOMSKY, LLP**
15303 Ventura Blvd., Suite 1650
Sherman Oaks, CA 91403
Telephone: (818) 382-3434
Facsimile: (818) 382-3433

- and -

Jeffrey Chubak (admitted *pro hac vice*)
jchubak@aminillc.com
AMINI LLC
131 West 35th Street
12th Floor
New York, NY 10001
Tel: (212) 490-4700
Fax: (212) 497-8222

Attorneys for Petitioners

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| 507 SUMMIT LLC and KOA CAPITAL L.P., | CASE NO. 8:23-MC-18-CJC-DFM |
|---|---|
| Petitioners, | **MOTION TO COMPEL** |
| v. | |
| ROTH CAPITAL PARTNERS, LLC, | |
| Respondent, | |

  Petitioners hereby move to compel respondent to produce all documents within its possession, custody or control responsive to the subpoena attached to the Order granting petitioners' § 1782 application (ECF Doc. #14, the "Order") and for appropriate sanctions, pursuant to Rule 37, or alternatively, for issuance of a contempt citation against respondent, pursuant to Rule 45(g). Petitioners rely on the declaration of Jeffrey Chubak and memorandum of points and authorities in support.

| | |
|---|---|
| Dated: March 6, 2024 | LEVINSON ARSHONSKY KURTZ & KOMSKY, LLP |
| | By: */s/ Richard I. Arshonsky* |
| | Richard I. Arshonsky |
| | AMINI LLC |
| | Jeffrey Chubak *(admitted pro hac vice)* |
| | 131 West 35th Street, 12th Floor |
| | New York, NY 10001 |
| | Tel: (212) 490-4700 |
| | Fax: (212) 497-8222 |
| | jchubak@aminillc.com |
| | Attorneys for Petitioners |

# CERTIFICATE OF SERVICE

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Los Angeles, State of California. My business address is 15303 Ventura Blvd., Suite 1650, Sherman Oaks, CA 91403.

☒ **(BY CM/ECF SYSTEM)** On March 6, 2024, I caused to be electronically filed the following document(s) described as: **MOTION TO COMPEL; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF JEFFREY CHUBAK IN SUPPORT** with the Clerk of the United States District Court of Central District of California, using the *CM/ECF* System. The Court's *CM/ECF* System will send an e-mail notification of the foregoing filing to the following parties (or on the attached service list) and counsel of record who are registered with the Court's *CM/ECF* System:

- **Richard I. Arshonsky**
  rarshonsky@lakklawyers.com, smcfadden@lakklawyers.com
- **Jeffrey S Chubak**
  jchubak@aminillc.com

☒ **(BY MAIL)** On the date below, I caused to be placed in an envelope for collection and mailing following our ordinary business practices the following documents described as listed above. I am readily familiar with firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid on the following (or on the attached service list):

Richard Platt, Esq.
General Counsel
Roth Capital Partners, LLC
888 San Clemente Dr., Suite 400
Newport Beach, CA 92660
*Courtesy Copy sent via Email*: Richard Platt <RPlatt@roth.com>

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 6, 2024, at Sherman Oaks, California.

Natalie Condren                    */s/ Natalie Condren*
                                              *Signature*

**CERTIFICATE OF SERVICE**

2176-012/1038101