# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 8:23-mc-00018-CJC (DFMx) | Date: | March 8, 2024 |
|---|---|---|---|
| Title | 507 Summit LLC et al. v. Roth Capital Partners, LLC | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

| Proceedings: | (IN CHAMBERS) Order Setting Briefing Schedule for Petitioners' Motion to Compel (Dkt. 15) |
|---|---|

On December 7, 2023, the Court issued an order granting Petitioners' Application for Order of Judicial Assistance Pursuant to 28 U.S.C. § 1782. See Dkt. 14. On March 6, 2023, Petitioners filed a Motion to Compel. See Dkt. 15. Petitioners allege that Respondent has neither objected to the § 1782 subpoena nor produced any documents in response thereto; Petitioners also assert that Respondent failed to timely respond to Petitioners' request to meet and confer in accordance with Local Civil Rule 37-1. See Dkt. 15-1 at 2-3. Petitioners seek an order compelling Respondent to produce all documents responsive to the § 1782 subpoena and for sanctions under Federal Rule of Civil Procedure 37 or, alternatively, for issuance of a contempt citation against Respondent under Federal Rule of Civil Procedure 45(g). See id. at 1.

The Court hereby sets a hearing on Petitioners' Motion to Compel for Tuesday, April 23, 2024, at 11:00 am. Respondent's opposition is due no later than Tuesday, April 2, 2024. See L.R. 7-9. Any reply shall be due no later than Tuesday, April 9, 2024. See L.R. 7-10. If, after the due date of Petitioners' reply, the Court determines that the Motion can be decided without oral argument, the Court will issue a further order vacating the hearing and taking the matter under submission. See L.R. 7-15.

The Clerk is directed to serve a copy of this Order on Richard Platt, General Counsel for Respondent, via email at RPlatt@roth.com.